No. 73–1209. UNITED STATES BOARD OF PAROLE *v.* AMAYA. C. A. 5th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Warden* v. *Marrero,* 417 U. S. 653 (1974). MR. JUSTICE DOUGLAS and MR. JUSTICE BLACKMUN would grant certiorari and affirm the judgment for

the reasons stated in MR. JUSTICE BLACKMUN's dissenting opinion in *Warden* v. *Marrero,* 417 U. S. 653, 664 (1974).